**ORIGINAL**

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 01 MAY '19 14:07 USDC-ORP

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 19-mc-341
Sailing Vessel "Mandalay" with Official Number )
947859 )
)

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the _____ District of _____Oregon_____
*(identify the person or describe the property to be searched and give its location)*:
Sailing Vessel "Mandalay" with Official Number 947859, as described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
The information and items set forth in Attachment B hereto.

**YOU ARE COMMANDED** to execute this warrant on or before __May 3, 2019__ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to ____Honorable Stacie F. Beckerman____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____

Date and time issued: __April 19, 2019__    __[signed]__
                                              *Judge's signature*

City and state:    Portland, Oregon    __Honorable Stacie F. Beckerman__
                                         *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 19-MC-341 | Date and time warrant executed: 04/19/19 1120 hours | Copy of warrant and inventory left with: Vessel Mandalay |
| Inventory made in the presence of: Todd Clements | | |

Inventory of the property taken and name(s) of any person(s) seized:

- 28 plastic jugs of suspected liquid methamphetamine
- 56 samples taken from the aforementioned methamphetamine jugs
- Cardboard drum with 10 packages of phenobarbital and misc. items
- One (1) black and gray LG cell phone w/ 2 chargers
- One (1) Panasonic Toughbook laptop w/ cord
- One (1) Standard Horizon GPS unit Model PIMSF11GSD1 w/ 2 chart cards
- One (1) Inmarsat Satellite Phone w/ charger cords and holder
- One (1) black cellphone w/ charger
- One (1) GPS Plotter/Sounder w/ cord
- One (1) Canada passport John Stirling
- One (1) Western Union Wire Receipt
- Two (2) Ink Stamps
- Numerous compact disks
- Radio Manual / Frequency Guide
- 2 Flags (1 Mexico / 1 Canada)
- 1 Furuno SSB Radio
- Sailing Vessel Mandalay
- 277.2 gross grams of marijuana in a plastic bag
- Furuno GPS Manual
- Navigational Charts
- Garmin Handheld GPS
- Miscellaneous documents

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/1/19

*Executing officer's signature*

Todd Clements Special Agent
*Printed name and title*

## ATTACHMENT A

### Vessel to Be Searched

The vessel to be searched is a white 53.6 foot double-masted sailing vessel with blue trim identified as the Mandalay with Official Number 947859.





## ATTACHMENT B

### Items to Be Seized

The items to be searched for, seized, and examined, are those items on the Sailing Vessel (S/V) Mandalay, Official number 947859 (hereinafter **Vessel**), presently located at a marine facility on the Multnomah Channel, Portland, Oregon, referenced in Attachment A, that contain evidence, contraband, fruits, and instrumentalities of violations of 46 U.S.C. §§ 70503(a) and 70506(a) and (b).

1. The items referenced above to be searched for, seized, and examined are as follows:

    a. Controlled substances, including, but not limited to, fentanyl, cocaine and methamphetamine, held in violation of 46 U.S.C. §§ 70503(a) and 70506(a) and (b);

    b. Firearms and other dangerous weapons and ammunition;

    c. Financial profits, proceeds and instrumentalities of trafficking in narcotics and, including U.S. Currency and other items of value purchased/acquired;

    d. Paraphernalia for packaging, smuggling, processing, diluting, manufacturing, weighing, and distributing controlled substances, for example: hidden compartments, scales, blenders, funnels, sifters, grinders, glass panes, mirrors, razor blades, plastic bags, heat sealing devices, and dilutants such as inositol, vitamin B12, etc.;

    e. Books, records, receipts, notes, ledgers, photographs, and other documents relating to the manufacture and distribution of controlled substances; communications between members of the conspiracy and evidence of the use of apparently legitimate businesses to disguise profits purchased/acquired;

    f. Personal books and papers reflecting names, addresses, telephone numbers, and

other contact or identification data relating to the manufacture, importation and distribution of controlled substances;

  g. Financial records relating to controlled substances income and expenditures of money and wealth, to wit: money orders, wire transfer records, cashier's checks and receipts, account records, passbooks, tax records, safe deposit box keys and records, checkbooks, and check registers, as well as precious metals and gems such as gold, silver, diamonds, etc.

  h. Items of personal property that tend to identify the person(s) in residence, occupancy, control, or ownership of the **Vessel**, including but not limited to vessel registration, canceled mail, deeds, leases, rental agreements, photographs, personal telephone books, diaries, utility and telephone bills, statements, identification documents, bills of sale and keys;

  i. Documents indicating travel in interstate and foreign commerce, to include airline tickets, notes and travel itineraries; airline schedules; bills; charge card receipts; hotel, motel, and car rental statements; correspondence with travel agencies and other travel related businesses; airline, rent a car, and hotel frequent flier or user cards and statements; passports and visas; telephone bills; photographs of foreign locations; and papers relating to domestic and international travel;

  j. Cellular telephones, computers and other electronic devices capable of storing data that constitutes evidence or the instrumentality of drug trafficking;

  k. Portable or affixed Global Positioning Satellite (GPS) units, portable or affixed radios, navigational charts, maps, route planning charts, satellite messaging devices, chart plotters, and schedules.

  l. Latent prints and identifying material from items in the **Vessel**.